DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD W. SILVERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3323

[February 5, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca Ivy White, Judge; L.T. Case No. 312021CF001470A.

Richard W. Silvers, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***